■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN ARIAS, Appellant. [988 NYS2d 894]—Appeal by the defendant, as limited by his brief, from so much of an order of the County Court, Suffolk County (Kahn, J.), dated July 24, 2013, as, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

A departure from the presumptive risk level is warranted where "there exists an aggravating or mitigating factor of a kind, or to a degree, that is otherwise not adequately taken into account by the guidelines" (Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 4 [2006]; *see People v Wyatt*, 89 AD3d 112, 119 [2011]; *People v Bussie*, 83 AD3d 920, 920-921 [2011]). Here, the Supreme Court properly determined that the defendant was not entitled to a downward departure and, thus, properly designated him a level three sex offender (*see People v Wood*, 112 AD3d 602 [2013]; *People v Wyatt*, 89 AD3d at 131; *People v Bussie*, 83 AD3d at 921). Skelos, J.P., Chambers, Duffy and LaSalle, JJ., concur.